

FILED

NOV 16 2012

Clerk, U.S. District Court
District Of Montana
Butte

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| GEOFFREY ALLEN REED,<br><br>                    Plaintiff,<br><br>vs.<br><br>CCA/CROSSROADS CORRECTIONAL CENTER,<br><br>                    Defendants. | No. CV 12-84-GF-SEH<br><br>**ORDER** |

On October 25, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 7.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED WITHOUT PREJUDICE.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to Plaintiff's failure to exhaust all administrative remedies.

The Clerk is directed to enter judgment accordingly.

DATED this 16th day of November, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.